IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| JOHN G. YEDINAK AND LYNN G. YEDINAK, | ) | Case No. 10 B 48535 |
| | ) | |
| | ) | Hon. Carol A. Doyle |
| Debtors. | ) | |
| | ) | Hearing Date & Time: |
| | ) | March 8, 2012 @ 10:00 a.m. |

## NOTICE OF MOTION

TO:    See Attached Service List

**PLEASE TAKE NOTICE THAT** on March 8, 2012, at 10:00 a.m., I shall appear before the Honorable Carol A. Doyle, or any other judge sitting in her stead, in Room 742, 219 South Dearborn Street, Chicago, Illinois, and request a hearing on the Debtors' Motion For Entry of Discharge Order and Final Decree Closing Chapter 11 Case, a copy of which is attached hereto and hereby served upon you.

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois, on the 23rd day of February 2012.

/s/ Monica C. O'Brien
Monica C. O'Brien

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID #02267012)
Monica C. O'Brien (Atty. ID #6216626)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

**SERVICE LIST**

SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick Layng, United States Trustee
219 South Dearborn Street,Suite 873
Chicago, Illinois 60604

Gloria C. Tsotsos
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, Illinois 60527

Scott L. Whitman, Inc.
5670 Wilshire Boulevard, Suite 2170
Los Angeles, California 90036

W. Kent Carter
Clark Hill PLC
150 North Michigan Avenue, #2700
Chicago, Illinois 60601

Terri M Long
18201 Morris Avenue
Homewood, IL 60430

Sherman & Sherman
Christopher H. Purcell
120 S LaSalle St, Suite 1460
Chicago, IL 60603

John F. Torres
P.O. Box 1028
Downers Grove, IL 60515

Prober & Raphael, A Law Corp.
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364

Mitchell Lieberman
Noonan & Lieberman
105 West Adams, Suite 1100
Chicago, Illinois  60603

David J. Frankel
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois  60601

Kevin Morse
Arnstein & Lehr
120 South Riverside Drive, Suite 1200
Chicago, Illinois  60606

**Parties Served Via First Class Mail**

Mr. and Mrs. John Yedinak
530 North Lake Shore Drive, Unit 2906
Chicago, Illinois 60611

American Collection Systems, Inc.
P.O. Box 1968
Southgate, MI 48195-0968

American Express
P.O. Box 297871
Fort Lauderdale, FL 33329

Anthony A. Petrocchi, P.C.
1601 Elm Street, Suite 1900
Dallas, TX 75201

Aronberg Goldgehn
330 North Wabash Avenue, #1700
Chicago, IL 60611

Aspen Highlands
c/o Cohn & Dussi, LLC
300 Trade Center, Suite 3700
Woburn, MA 01801

Aviara FSRC Associates
7100 Four Seasons Point
Carlsbad, CA 92009

Banco Popular
9600 Bryn Mawr
Rosemont, IL 60018

Bank of America
P.O. Box 17054
Wilmington, DE 19850

Bank Of America Home Loans
P.O. Box 5170
Simi Valley, CA 93093-5170

BMW Financial Services
Customer Service Center
PO Box 3608
Dublin, OH 43016-8066

Bonita Bay Properties, Inc.
27598 Marina Point Drive
Bonita Springs, FL 34134

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

CBNA
P.O. Box 769006
San Antonio, TX 78245

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Citi Cards
P.O. Box 6000
The Lakes, NV 89163-6000

CitiFinancial Bankruptcy Department
P.O. Box 140069
Irving, TX 75014-0069

Clingen Callow & McClean
2100 Manchester Road, Suite 1750
Wheaton, IL 60187

Contract Callers Inc.
1058 Claussen Road, Suite 110
Augusta, GA 30907

Discover Financial Services
P.O. Box 15316
Wilmington, DE 19850

Elan Financial Service
P.O. Box 790084
Saint Louis, MO 63179

Fifth Third Bank
Fifth Third Center
Cincinnati, OH 45263

First Merit Bank
501 W. North Ave.
Melrose Park, IL 60160

Fisher & Shapiro, LLC
2121 Waukegan Road
#301
Bannockburn, IL 60015

Fuksa Khorshid, LLC
70 West Erie, 2nd Floor
Chicago, IL 60654

Goose Island Boat Yard
Attn:  Michael Heltzer
934 North Branch
Chicago, IL 60618

Henderson Franklin
3451 Bonita Bay Blvd., Suite 206
Bonita Springs, FL 34134

HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197

Lexus Financial Services
12735 Morris Road
Alpharetta, GA 30004

Macy's Visa
9111 Duke Boulevard
Mason, OH 45040

MB Financial Bank
800 W. Madison Street
Chicago, IL 60607

MBNA America
P.O. Box 15027
Wilmington, DE 19850-5027

Nordstrom FSB
P.O. Box 6555
Englewood, CO 80155

NuMark Credit Union
9809 W. 55th Street
La Grange, IL 60525

Plaza Associates/JAF Station
P.O. Box 2769
New York, NY 10116-2769

Real Time Resolutions, Inc.
1750 Regal Row Drive, Suite 120
Dallas, TX 75235

Ritz Carlton Development
6649 Westwood Boulevard, Suite 5
Orlando, FL 32821

Roland W. Burris II
Ginsberg Jacobs LLC
300 South Wacker Dr., Suite 2450
Chicago, IL 60606

Schwab Bank
P.O. Box 4987
Englewood, CO 80155

Standard Bank
7800 West 95th Street
Hickory Hills, IL 60457

Steven M. Davis, Esq.
Becker & Poliakoff, P.A.
121 Alhambra Plaza, Suite 1000
Miami, FL 33134

Thomas J. Dillon, Esq.
McFadden & Dillon
120 South LaSalle Street, #1335
Chicago, IL 60603

USAA Federal Saving Bank
P.O. Box 47504
San Antonio, TX 78265

Wells Fargo Bank
P.O. Box 5445
Portland, OR 97228

Zwicker & Associates, PC
7366 N.Lincoln Avenue, Suite 404
Lincolnwood, IL 60712

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| JOHN G. YEDINAK AND LYNN G. YEDINAK, | ) | Case No. 10 B 48535 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |
| | ) | |
| | ) | Hearing Date & Time: |
| | ) | March 8, 2012 @ 10:00 a.m. |

**MOTION TO ENTER DISCHARGE ORDER AND FINAL
DECREE CLOSINGCHAPTER 11 CASE**

Now comes John G. Yedinak and Lynn G. Yedinak, the Reorganized Debtors, by and through their

attorneys, Gregory K. Stern, Dennis E. Quaid, Monica C. O'Brien, and Christina M. Riepel, and in support of

their Motion to Enter Discharge Order, Final Decree and to Close Chapter 11 Case, pursuant to 11 U.S.C. § 350 and

Bankruptcy Rule 3022, states as follows:

1.      On October 29, 2010, the Reorganized Debtors filed a Voluntary Petition for relief under Chapter

11 of the Bankruptcy Code.

2.      On September 29, 2011, this Court entered an Order Confirming the Amended Plan of

Reorganization (the "Confirmation Order").  The Confirmation Order is final and not subject to appeal.

3.      The Reorganized Debtors have made all required payments that have become due under the

Confirmed Plan, including the following:

(a)     the Class 2A Secured Claim held by Bank of New York has been restructured and payments have
        commenced to Bank of America, as servicing agent for Bank of New York.
(b)     the Class 2B Secured Claim held by AHM has been restructured and payments have
commenced to AHM.
(c)     the Class 3A Secured claim held by Emigrant Mortgage Company has been restructured
        and payments have commenced to Emigrant.
(d)     the Class 3B Secured Claim held by Fifth Third Bank has been restructured and payments
        have commenced to Fifth Third Bank.
(e)     the Class 7 Secured Claim held by Hyundai Motor Finance Company continues to receive
        payments under the terms of its original contract.
(f)     the Class 8 Secured Claim held by Numark Credit Union has been paid, in full.
(g)     the Class 11 Secured Claim held by First Merit Bank, N.A. has been paid, in full.
(h)     the Class 13 Claims of the general unsecured claimants have received the first distribution payment
        in the amount totaling $30,000.00.

4.    The foregoing distributions represent all payments required under the Confirmed Plan.

5.    The Reorganized Debtors have made arrangements for the payment of the Administrative Claim of Gregory K. Stern, P.C.

6.    The Reorganized Debtors has made all payments required by the United States Trustee.

7.    The Reorganized Debtors' Confirmed Plan has been substantially consummated.

8.    There are no remaining contested matters pending and no further steps need be taken to facilitate the administration of the Confirmed Plan.

9.    The $30,000.00 disbursement made to general unsecured creditors represents an amount in excess of what unsecured creditors would have received had the case been liquidated under Chapter 7 of the United States Bankruptcy Code.

10.    Pursuant to 11 U.S.C. §1141(d)(5)(B) the Reorganized Debtors request that the Court enter an order of discharge as all unsecured claims have been paid not less than the amount that they would have been paid if the Debtors' estate had been liquidated under Chapter 7 of the United States Bankruptcy Code and Section §1141(c) permits the court to grant a discharge to the Reorganized Debtors.

WHEREFORE, John G. Yedinak and Lynn G. Yedinak, the Reorganized Debtors, pray for an order  (a) Granting the Motion To Enter Final Decree and Close Chapter 11 Case pursuant to §350 and Bankruptcy Rule 3022; (b) Granting the Debtors a discharge pursuant to 11 U.S.C. §1141(d)(5);  (c)   Entering   Final   Decree closing the Reorganized Debtors' Chapter 11 case; and,(d)  for such other relief as may be just.

          /s/ Monica C. O'Brien
          Monica C.O'Brien, Debtors' Attorney

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID #02267012)
Monica C. O'Brien (Atty. ID #6216626)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604
(312) 427-1558