UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 10-48535 |
| | ) | |
| | ) | Chapter: 11 |
| JOHN G. YEDINAK and LYNN G. YEDINAK, | ) | Honorable Carol A. Doyle |
| | ) | |
| Debtor(s) | ) | |

## FINAL DECREE CLOSING CHAPTER 11 CASE

THIS CAUSE COMING ON TO BE HEARD on the Debtors' Motion to Enter Discharge Order and Final Decree Closing Chapter 11 Case, pursuant to 11 U.S.C. §350 and Bankruptcy Rule 3022, due and proper notice having been served, the Court having jurisdiction over the parties and subject matter and being fully advised in the premises:

IT IS HEREBY ORDERED THAT:

1. A Final Decree closing the Debtors' Chapter 11 case is hereby entered.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: 3/22/12

**Prepared by:**

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID #02267012)
Monica C. O'Brien (Atty. ID #6216626)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

Rev: 201100318_bko